UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LISA DOVERSPIKE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN J. MURPHY and KJM INVESTMENTS, LLC,<br><br>    Defendant. | CV-21-029-H-BMM<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. This case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 27th day of April 2021.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United State District Court